UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY CARD,<br><br>            Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | NO. CV-05-0393-MWL<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION |

    On June 8, 2006, the parties filed a stipulation for the remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 18). The parties did not consent to proceed before a magistrate judge in this matter. Now before the court is the magistrate judge's report and recommendation, entered on June 8, 2006, recommending the adoption of the parties' stipulation that this action be reversed under sentence four of 42 U.S.C. § 405(g) with a remand to the Commissioner for further proceedings. (Ct. Rec. 19). Upon consideration of the report and recommendation, the Court adopts the magistrate judge's report and recommendation in its entirety.

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Having reviewed the report and recommendation and there being no objections thereto,

**IT IS HEREBY ORDERED** that the report and recommendation, filed on June 8, 2006 (**Ct. Rec. 19**) is **ADOPTED** in full.  The parties Joint Motion to Remand (**Ct. Rec. 18**) is **GRANTED** and this action is reversed and remanded for further proceedings consistent with the magistrate judge's June 8, 2006 report and recommendation.  Judgment shall be entered for the **PLAINTIFF**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order and an Order of Judgment, forward copies to counsel and close the file.

**DATED** this   6th   day of July, 2006.

                                        S/Lonny R. Suko
                                     LONNY R. SUKO
                            UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2